## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| DOMINGO COLON-MONTANEZ, | : No. 104 MM 2014 |
| Petitioner | : |
| v. | : |
| STEPHEN B. LIEBERMAN, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.